MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

v.

CUNNINGHAM, Demarlowe    Crim. No.: 19-CR-20112-11

On 08/28/2026 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision. The issues of the violations were heard in Court on 09/22/2026, and the Court made the following findings:

_X_ CUNNINGHAM admitted guilt to Violations 1 and 2 listed in the petition. The Government moved to dismiss Violation 3. The following special conditions of supervision are added.

1. You shall reside in a residential reentry center (RRC) for 180 days. You must follow the rules and regulations of the facility. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards.

2. Following the RRC, you shall be monitored by location monitoring technology at the officer's discretion for a period of 180 days and shall abide by all technology requirements. Cost of the monitoring program is waived.

   Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by your officer.

3. You shall not be a member of or associated with any group oriented in whole or in part toward criminal purpose, commonly referred to as a gang. You shall not be found in the social company of any person who you know or reasonably ought to know is a member of or associated with such a gang. You shall not possess, wear or display in any manner any insignia, emblem, hat, scarf, bandana or article of clothing which is designed, arranged, or used in any way to symbolize membership in, affiliation with or approval of a gang. You shall not possess, wear or display any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet. You shall not at any time use hand or body signals of such kind as are associated with signifying membership in, affiliation with or approval of a gang. You shall acquire no tattoos, body markings or piercings of any kind.

Respectfully submitted,

s/Mary Whitt
Mary Whitt
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 23rd Day of September, 2026.

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Court Judge