UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 19-cr-20112-11
Hon. Matthew F. Leitman

v.

D11, DEMARLOWE CUNNINGHAM,

Defendant.

______________________________________________/

**ORDER FOR RELEASE FROM CUSTODY**

During a hearing held on September 22, 2026, Defendant Demarlowe Cunningham's supervised release was continued and modified to include 180 days at a Residential Reentry Center. Therefore, IT IS HEREBY ORDERED that the Order of Detention is cancelled, and the Defendant be immediately released from the custody of the United States Marshal Service. The defendant is to immediately report to Cherry Health Community Treatment Center upon his release from the Sanilac County Jail.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126